# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139794

PAUL KACHUDAS,
          Plaintiff-Appellee,

v

                                        SC: 139794
                                        COA: 281411
                                        Genesee CC: 06-084859-NO

INVADERS SELF AUTO WASH, INC.,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 1, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

0119

_____
Clerk